IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT SALYER,<br><br>　　　　　Defendant. | CV F 06-1324 AWI DLB<br><br>ORDER GRANTING STIPULATION TO RESCHEDULE ORAL ARGUMENT |

　　　Defendant's motion to dismiss is pending before the court and is currently scheduled for oral argument to be heard on January 29, 2007.  On January 3, 2007, the parties filed a stipulation to reschedule the oral argument to February 5, 2007.  Based on the parties' stipulation, the court ORDERS that:

　　　1.　　The previously scheduled hearing date of January 29, 2007 is VACATED; and

　　　2.　　The hearing on Defendant's motion to dismiss is set for February 5, 2007 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   January 3, 2007**　　　　　　　　／s／ **Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE