IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER, | CV F 06-1324 AWI DLB |
| Plaintiff, | ORDER VACATING FEBRUARY 5, 2007 HEARING DATE AND TAKING MOTION UNDER SUBMISSION |
| v. | |
| SCOTT SALYER, | |
| Defendant. | |

Defendant's motion to dismiss has been set for hearing on February 5, 2007.  The court has reviewed the moving papers, opposition, and reply and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 5, 2007 is VACATED, and the parties shall not appear at that time.  As of February 5, 2007, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 30, 2007               /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE