UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROBIN BREWER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT SALYER <br><br> Defendant. | CASE NO: 1:06-cv-01324-AWI-DLB <br><br> **Proposed Stipulation Regarding Scheduling Order** |

**PROPOSED STIPULATION REGARDING SCHEDULING ORDER**

Plaintiff Robin Brewer ("Brewer") and Defendant Scott Salyer ("Salyer"), by and through their respective attorneys of record, hereby agree and stipulate to a modification of the scheduling order entered on January 9, 2007 (Court Document # 25), based on the Court's recent decisions on Salyer's Motion to Dismiss and Brewer's Motion to Compel. With the exception of the modifications stated below, the original scheduling order is still in effect.

**I.    PHASE I DISCOVERY PLAN AND CUT-OFF DATE**

The parties are ordered to complete all Phase I discovery pertaining to non-experts on or before July 13, 2007, and all discovery pertaining to experts on or before August 21, 2007. The plaintiff is directed to disclose all Phase I expert witnesses, in writing, on or before July 16, 2007. Defendant shall disclose all Phase I experts on or before July 30, 2007.

## II. PHASE I PRE-TRIAL MOTION SCHEDULE

With the exception of a motion for class certification, all other non-dispositive pre-trial motions, including any discovery motions, shall be filed no later than September 14, 2007.

The class certification motion shall be filed no later than October 9, 2007, with opposition filed no later than October 30, 2007. A reply brief may be filed no later than November 13, 2007.

## III. SETTLEMENT CONFERENCE

The settlement conference currently set for October 1, 2007 is vacated. A new settlement conference will be scheduled after any motion for class certification is decided.

## IV. PHASE II SCHEDULING CONFERENCE

A Phase II scheduling conference is currently set for November 7, 2007, at 9:00 a.m., in Courtroom 9. This scheduling conference currently remains in effect, though the parties recognize that this date may need to be extended later in light of the changed class certification briefing schedule.

IT IS SO ORDERED:

DATED: June 22, 2007        ___/s/ *Dennis L. Beck*_____
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PROPOSED STIPULATION
REGARDING SCHEDULING ORDER

Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL  60603
(312) 372-0770