NICHOLAS J.P. WAGNER (SBN: 109455)
LAW OFFICES OF WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93704
Telephone: (415) 559-449-1800

HOWARD W. FOSTER, *pro hac vice* counsel
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770

MICHAEL GOLDBERG
THE GOLDBERG LAW FIRM
925 N Street, Suite 130
Fresno, CA 93721
Telephone: (559) 264-4878

Attorneys for Plaintiff
ROBIN BREWER

BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER, | CASE NO. 1:06-CV-01324-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER RE:** |
| vs. | **AMENDED SCHEDULING ORDER** |
| SCOTT SALYER, | |
| Defendant. | |

-1-
PROPOSED STIPULATION REGARDING SCHEDULING ORDER

1  Plaintiff, Robin Brewer ("Brewer"), and Defendant, Scott Salyer ("Salyer") (collectively, "the Parties"), by and through their respective attorneys of record, hereby AGREE and STIPULATE to a modification of the Scheduling Order entered on June 22, 2007 (Court Document # 46), based on the Parties' pending discovery motions, as follows:

WHEREAS, Salyer has filed a Motion to Compel Further Responses to Interrogatories and Production of Documents in this case, which has been fully briefed and argued and is still under submission before this Court;

WHEREAS, Brewer has indicated that he intends to file a Motion to Compel Salyer and/or Non-Party SK Foods, LP to submit the names and social security numbers of all hourly paid employees to the Social Security Administration for verification through the U.S. Government's Basic Pilot Program (or current program);

WHEREAS, without conceding the merits or propriety of either motion, Salyer and Brewer contend that the information sought in the pending motion and anticipated motion, respectively, will be germane to Brewer's future motion for class certification and Salyer's opposition thereto; and

WHEREAS, to enable the parties and their experts adequate time to review these documents, a modification of the Class Certification Schedule is necessary;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the Phase I Pre-Trial Motion Schedule shall be modified (extended ninety (90) days), as follows:  The class certification motion shall be filed no later than January 8, 2008, with opposition filed no later than January 29, 2008.  A reply brief may be filed no later than February 12, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  The Phase II Scheduling Conference currently set for November 7, 2007 shall be
2 continued to February 4, 2008 at 9:00 a.m.  The parties recognize that this date may need to be
3 extended later in light of the modified class certification briefing and hearing schedule.

IT IS SO STIPULATED:

Dated:  November 8, 2007                    Dated:  November 8, 2007

JOHNSON & BELL, LTD.                    GORDON & REES LP

/s/ Howard W. Foster                        /s/ Brian P. Maschler
HOWARD W. FOSTER, *pro hac vice* counsel    BRIAN P. MASCHLER
Attorneys for Plaintiff ROBIN BREWER        Attorneys for Defendant SCOTT SALYER

IT IS SO ORDERED.

Dated:  November 8, 2007                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

SKFO/1042292/5204763v.1

-3-
PROPOSED STIPULATION REGARDING SCHEDULING ORDER