NICHOLAS J.P. WAGNER (SBN: 109455)
LAW OFFICES OF WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93704
Telephone: (415) 559-449-1800

HOWARD W. FOSTER, *pro hac vice* counsel
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770

MICHAEL GOLDBERG
THE GOLDBERG LAW FIRM
925 N Street, Suite 130
Fresno, CA 93721
Telephone: (559) 264-4878

Attorneys for Plaintiff
ROBIN BREWER

BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT SALYER, <br><br> Defendant. | CASE NO. 1:06-CV-01324-AWI-DLB <br><br> **JOINT STIPULATION MODIFYING THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Date of Hearing on Motion for Class Certification: February 29, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 9 (6th Floor) <br> Magistrate Judge: Hon. Dennis L. Beck |

-1-

JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

1 The undersigned, counsel of record for Plaintiff, Robin Brewer ("Brewer"), and
2 Defendant, Scott Salyer ("Salyer") (collectively referred to as "the Parties"), respectively, have
3 AGREED and STIPULATED to a modification of the briefing schedule on Plaintiff's Motion for
4 Class Certification.  This modification amends the briefing schedule set forth in the Court's
5 Stipulation and Order Re:  Amended Scheduling Order entered on or about November 8, 2007.
6 *However, this stipulated modification to the briefing schedule on Plaintiff's Motion for Class*
7 *Certification does not affect the hearing date of February 29, 2008, which was set by the Court*
8 *in its Minute Order of January 11, 2008 (Docket No. 72), as the modified briefing schedule*
9 *conforms in all respect to Civil Local Rule 78-230.*
10 The modified schedule to which the Parties have stipulated is as follows:

| Filing | Due Date |
|---|---|
| Plaintiff's Motion for Class Certification | **January 7, 2008 (already filed)** |
| Defendant's Opposition | **February 12, 2008** |
| Plaintiff's Reply | **February 21, 2008** |
| Hearing on Motion (per January 11, 2008 Order of the Court) | **February 29, 2008** |

17 The grounds and justifications for this stipulated amendment to the briefing schedule on
18 Plaintiff's Motion for Class Certification are as follows:
19 1. In the Parties' Joint Case Management Statement and Order (Docket No. 17), the
20 Parties stated as follows: **"Plaintiff and Defendant agree, however, that prior to the class**
21 **certification hearing they will make available for deposition any Phase I expert who has**
22 **submitted a declaration in support of or in opposition to a motion for class certification."**
23 (*Id.;* emphasis in original).
24 2. On or about January 7, 2008, Plaintiff electronically filed a Motion for Class
25 Certification.  In support of that Motion Plaintiff filed the Declaration of Dr. George Borjas, who
26 had been designated by Plaintiff as an expert witness.  (Document 72).
27 3. Pursuant to the Parties' agreement, Defendant Scott Salyer noticed the deposition
28

-2-
JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

of Plaintiff's expert, Dr. Borjas, to take place on January 14, 2008. However, due to a severe snow storm in the Boston area, Plaintiff's counsel requested, and defense counsel agreed, to continue Dr. Borjas' deposition to a mutually agreeable date on the express conditions that the briefing schedule on the pending Motion for Class Certification would be adjusted accordingly, and that the deposition would be scheduled at least twelve (12) days prior to the date on which Defendant's opposition to Plaintiff's motion would be due in order to permit defense counsel adequate time to obtain and make use of the transcript of Dr. Borjas' deposition.

4. The Parties agreed to reschedule the Borjas deposition for January 28, 2008, two weeks after the previously scheduled date for this deposition.

5. In accordance with the Parties' agreement, the corresponding two-week extension of the briefing schedule would continue the date on which Defendant's opposition to the class certification motion from **January 29, 2008 to February 12, 2008 – 17 days prior to the February 29, 2008 hearing**. This revised schedule thus complies with Civil Local Rule 78-230(c). Under the Parties' stipulation, Plaintiff's reply is to be due on **February 21, 2008**, **five (5) court days before the February 29, 2008 hearing**. Thus, the Parties' stipulation to Plaintiff's reply date complies with Civil Local Rule 78-230(d).

IT IS SO STIPULATED.


Dated: January 16, 2008

JOHNSON & BELL, LTD.


/s/ Howard W. Foster
HOWARD W. FOSTER, *pro hac vice* counsel
Attorneys for Plaintiff ROBIN BREWER

Dated: January 16, 2008

GORDON & REES LP


/s/ Brian P. Maschler
BRIAN P. MASCHLER
Attorneys for Defendant SCOTT SALYER

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    IT IS SO ORDERED.

3    Dated: January 11, 2008        /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-4-
JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION