NICHOLAS J.P. WAGNER (SBN: 109455)
LAW OFFICES OF WAGNER & JONES
1111 E. Herndon, Suite 317
Fresno, CA 93704
Telephone: (415) 559-449-1800

HOWARD W. FOSTER, *pro hac vice* counsel
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770

MICHAEL GOLDBERG
THE GOLDBERG LAW FIRM
925 N Street, Suite 130
Fresno, CA 93721
Telephone: (559) 264-4878

Attorneys for Plaintiff
ROBIN BREWER

BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
SCOTT SALYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER,<br><br>        Plaintiff,<br><br>    vs.<br><br>SCOTT SALYER,<br><br>        Defendant. | CASE NO. 1:06-CV-01324-AWI-DLB<br><br>**JOINT STIPULATION MODIFYING THE BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Current Date of Hearing on Motion for Class Certification: February 29, 2008<br>Time: 9:00 a.m.<br>Courtroom: 9 (6th Floor)<br>Magistrate Judge: Hon. Dennis L. Beck |

-1-

JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

SKFO/1042292/5327960v.1

The undersigned, counsel of record for Plaintiff, Robin Brewer ("Brewer"), and Defendant, Scott Salyer ("Salyer") (collectively referred to as "the Parties"), respectively, have AGREED and STIPULATED to a modification of the briefing and hearing schedule on Plaintiff's Motion for Class Certification. This stipulation and proposed order extend out, by twenty-one (21) days, the briefing schedule set forth in the Court's Order Modifying the Briefing Schedule entered on or about January 11, 2008, and continues by twenty-one (21) days the hearing date of February 29, 2008, which was set by the Court in its Minute Order of January 11, 2008 **(Document No. 72)**.

The parties have agreed and stipulated to this extension because on January 25, 2008, the Court issued an Order Re: Defendant's Motion to Compel **(Document 77)**, which granted in part Scott Salyer's Motion to Compel. The Court's Order states that the interrogatories and requests for production of documents that Plaintiff is compelled to answer are "relevant to class certification." **(Document 77 at p. 3;** *see also id.* **at p. 4)**. The Order specifies that Plaintiff's responses are due within twenty (20) days of the date of the Order, or by February 14, 2008.

To permit Plaintiff to provide the information pertaining to class certification in compliance with the Court's Order, and to permit Defendant to be able to make use of the information in opposing Plaintiff's motion for class certification, the parties have agreed and stipulated to modify the briefing and hearing schedule on said motion as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The briefing and hearing schedule to which the Parties have stipulated is as follows:

| Filing | Due Date |
|---|---|
| Plaintiff's Motion for Class Certification | **January 7, 2008 (already filed)** |
| Defendant's Opposition | **March 4, 2008** |
| Plaintiff's Reply | **March 13, 2008** |
| Hearing on Motion (per January 11, 2008 Order of the Court) | **March 28, 2008 at 9:00 a.m.** |

IT IS SO STIPULATED.

Dated: January 25, 2008                                     Dated: January 25, 2008

JOHNSON & BELL, LTD.                                     GORDON & REES LP


/s/ Howard W. Foster                                              /s/ Brian P. Maschler
HOWARD W. FOSTER, *pro hac vice* counsel        BRIAN P. MASCHLER
Attorneys for Plaintiff ROBIN BREWER              Attorneys for Defendant SCOTT SALYER


IT IS SO ORDERED.


Dated: January 30, 2008                               /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

-3-
JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION