IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN BREWER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT SALYER ) <br> ) <br> Defendant. ) <br> _____ ) | CV F 06-1324 AWI DLB <br><br> ORDER VACATING <br> HEARING DATE OF JUNE 22, <br> 2009 AND TAKING MATTER <br> UNDER SUBMISSION |

In this proposed class action plaintiff Robin Brewer ("Plaintiff") has moved to redefine the class definition. The matter was originally scheduled for oral argument on June 22, 2009. It is the court's understanding the parties have agreed the matter should be submitted without oral argument. Additionally, the court has reviewed Plaintiff's motion, Defendant's opposition, Plaintiff's reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 22, 2009, is VACATED, and no party shall appear at that time. As of June 22, 2009, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 17, 2009            /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE