# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN BREWER, | ) | 1:06cv1324 AWI DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY |
| v. | ) ) | (Document 144) |
| SCOTT SALYER, | ) ) | |
| Defendant. | ) ) ) | |

  On December 30, 2009, Plaintiffs filed a motion for leave to file a sur-reply in response to Defendant's December 28, 2009, reply filed in support of Defendant's motion to stay. Plaintiffs' seeks to address Defendant's arguments relating to the District Court's December 24, 2009, order staying the SK Foods Bankruptcy Proceedings. Plaintiffs' opposition to the motion to stay was due on December 22, 2009, and they were not able to address the December 24, 2009, order.

  Plaintiffs' motion is GRANTED IN PART. The sur-reply attached as Exhibit A contains arguments unrelated to the December 24, 2009, order, and leave is not granted as to these unrelated arguments.

Plaintiffs SHALL FILE their sur-reply addressing only the December 24, 2009, order, no later than January 5, 2010.

IT IS SO ORDERED.

Dated: **January 4, 2010**         /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE