Nicholas J.P. Wagner
Law Office of Wagner & Jones
1111 E. Herndon
Suite 317
Fresno, CA 93704
(559) 449-1800

Howard W. Foster, *pro hac vice* counsel
Foster P.C.
55 West Wacker Drive, 14th Floor
Chicago, IL 60601
(312) 726-1600

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROBIN BREWER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT SALYER <br><br> Defendant. | 1:06-cv-01324-AWI-DLB <br><br> **STIPULATION REGARDING THE TRUSTEE'S PRODUCTION OF EMPLOYEE LIST** |

## STIPULATION REGARDING THE TRUSTEE'S PRODUCTION OF EMPLOYEE LIST

Plaintiffs Robin Brewer ("Plaintiffs"), on behalf of himself and all those similarly situated, Defendant Scott Salyer ("Defendant" or "Salyer"), and non party Court appointed Chapter 11 Trustee of SK Foods LP ("Trustee" or "SK Foods"), by undersigned counsel, hereby enter into the following stipulation regarding the Trustee's production of an employee list:[1]

---

[1] "The parties" hereafter will refer to Plaintiffs, Defendant and SK Foods.

1. On February 22, 2010, the Court entered an order compelling the Trustee to produce an employee list to Plaintiffs for purposes of allowing Plaintiffs to send out class notice to the certified class. *See* Court Doc. 157.

2. Plaintiffs have requested the following list (in excel format): The name, social security number, and address of every seasonal, hourly paid worker from September 22, 2002 through July 21, 2009 (which is the certified class period).

3. Pursuant to the Court Order and Plaintiffs' request, and subject to the stipulation below, the Trustee agrees to produce a list in excel format containing information on approximately 4000 former and current (as of April 14, 2009) SK Foods employees (the "List"). The List was originally prepared in advance of SK Foods bankruptcy proceedings.

*4.* The Trustee makes no representation as to the completeness of the List but believes it to be comprehensive of SK Foods' records as of April 14, 2009. The Trustee cannot guarantee that the List exclusively contains SK Foods employees; it may include employees of other Salyer-related entities. However, the Trustee will instruct the person most knowledgeable to review the list prior to production and endeavor to remove any employees known not be SK Foods employees. Further, the Trustee represents the List may be overbroad in that it contains information on all employees and is not limited to "seasonal, hourly paid worker[s]". Further, the List may not contain all the information requested for each employee on the List.

5. The Trustee represents that this is the most accurate and practicable list available to him under the circumstances that would satisfy the Court's order and Plaintiffs' request.

6. Salyer makes no representation about the accuracy of the List.

7. WHEREFORE, the parties stipulate and agree that the Trustee's production of the List to the parties is not a waiver by the Trustee of any applicable privilege, nor may the production be

deemed a violation of Salyer's or the Salyer affiliated entities, which include, inter alia, all of the non-debtors who are parties to that certain pending bankruptcy appeal in the United States District Court for the Eastern District of California, Sacramento Division, rights or privileges.


Dated:  March 1, 2010                    Respectfully submitted,

                                         /s/Howard W. Foster
                                         Howard W. Foster, *pro hac vice* counsel
                                         Matthew A. Galin, *pro hac vice* counsel
                                         Foster P.C.
                                         55 West Wacker Drive, 14th Floor
                                         Chicago, Illinois  60601
                                         (312) 726-1600

                                         Nicholas J.P. Wagner
                                         Law Office of Wagner & Jones
                                         1111 E. Herndon
                                         Suite 317
                                         Fresno, CA  93704
                                         (559) 449-1800

                                         Michael Goldberg
                                         The Goldberg Law Firm
                                         925 N. St., Suite 130
                                         Fresno, CA  93721

                                         *Counsel for Plaintiff, Robin Brewer*

Dated: March 1, 2010                     Respectfully submitted,

                                         /s/Malcolm Segal
                                         Malcolm Segal
                                         James Mayo
                                         Segal & Kirby, LLP
                                         770 L Street, Suite 1440
                                         Sacramento, Ca  95814

                                         *Counsel for Defendant, Scott Salyer*

Dated: March 1, 2010                    Respectfully submitted,

                                        /s/Gregory C. Nuti
                                        Schnader Harrison Segal & Lewis LLP
                                        One Montgomery Street, Suite 2200
                                        San Francisco, California 94104
                                        (415) 364-6700

                                        *Counsel for Trustee of SK Foods*

IT IS SO ORDERED.

    Dated:  **March 1, 2010**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

– 4