1

2

3

4

5

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

7

8

9

10

11

12

13

ROBIN BREWER, individually and on
behalf of all others similarly situated,

    Plaintiffs,

    v.

SCOTT SALYER

    Defendant.

CASE NO:  1:06-cv-01324-AWI-DLB

**ORDER ON PLAINTIFF'S UNOPPOSED
MOTION TO RESCHEDULE THE
STATUS CONFERENCE**

14

15

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE THE
STATUS CONFERENCE**

16

17

18

19

20

21

For the reasons stated in Plaintiff's Unopposed Motion to Reschedule the Status Conference (Court Doc. 188), including the fact that Defendant's sentencing in the criminal matter has been postponed until November 27, 2012, it is hereby ordered that the status conference, which was previously scheduled for October 17, 2012, is rescheduled to January 30, 2013, at 9:30 a.m. [1]

22

23

IT IS SO ORDERED.

24

25

26

Dated:   **October 9, 2012**          /s/ *Dennis L. Beck*

                       UNITED STATES MAGISTRATE
JUDGE

---

[1] The parties indicate that Defense Counsel is unavailable for a status in December 2012 because of their current trial schedule.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26