Nicholas J.P. Wagner
Law Office of Wagner & Jones
1111 E. Herndon, Suite 317
Fresno, CA  93704
(559) 449-1800

Howard W. Foster, *pro hac vice* counsel
Foster PC
150 N. Wacker Drive, Suite 2150
Chicago, IL  60606
(312) 372-1600
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROBIN BREWER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCOTT SALYER<br><br>    Defendant. | 1:06-cv-01324-DAD-MJS<br><br>PLAINTIFF'S AGREED/UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COMPROMISE AND DISMISSAL OF THE CLASS' CLAIMS<br><br>APPEARANCE BY PHONE |

PLAINTIFF'S AGREED/UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF COMPROMISE AND DISMISSAL OF THE CLASS' CLAIMS

  Plaintiff Robin Brewer ("Plaintiff" or "Brewer"), on behalf of himself and the certified class ("Plaintiffs" or "the class"), by undersigned counsel, hereby submit his motion for preliminary approval of compromise and dismissal of the Class' claims.  All parties will be attending the status conference via telephone.

  Plaintiff respectfully requests an order: a) granting preliminary approval of this agreement to dismiss the class' claims; b) approving the proposed notice to class members,

1  attached as Ex. A hereto; c) and setting a date in approximately 90 days for a final class fairness

2  hearing.

3                                        Respectfully submitted,

4  Dated:  March __, 2017

5                                        /s/ Howard W. Foster
                                         Howard W. Foster, *pro hac vice* counsel
6                                        Foster PC
                                         150 N. Wacker Drive, Suite 2150
7                                        Chicago, IL  60606
                                         (312) 372-1600
8                                        hfoster@fosterpc.com

9

10                                       Nicholas J.P. Wagner
                                         Law Office of Wagner & Jones
11                                       1111 E. Herndon, Suite 317
                                         Fresno, CA  93704
12                                       (559) 449-1800

13                                       Attorneys for Plaintiffs

14

                                 CERTIFICATE OF SERVICE
15

16      I, the undersigned, certify that on March 14, 2017 the foregoing PLAINTIFF'S
AGREED/UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COMPROMISE
17  AND DISMISSAL OF THE CLASS' CLAIMS was filed electronically with the Clerk of Court
to be served by operation of the Court's electronic filing system on all applicable parties.
18

19                                       /s/Howard W. Foster_____
                                         Howard W. Foster, *pro hac vice* counsel
20                                       Foster P.C.
                                         150 N. Wacker Drive
21                                       Suite 2150
                                         Chicago, Illinois  60606
22                                       (312) 726-1600

23

24

25

26